UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JESSICA TOWNS, on behalf of herself and all others similarly situated, Plaintiff(s), | : | 26 Civ. 5558 (LGS) |
| -against- | : | ORDER |
| ULTRACOR, INC., Defendant. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 2, 2026, required the parties to file a joint letter and proposed case management plan by August 11, 2026.

WHEREAS, Defendant Ultracor, Inc. has not appeared, and Plaintiff has not filed proof of service on the docket.

WHEREAS, the parties failed to submit timely the joint letter or proposed case management plan. It is hereby

**ORDERED** that Plaintiff shall file a status letter by **August 18, 2026,** regarding her efforts to serve Defendant.

**ORDERED** that the initial pretrial conference scheduled for August 18, 2026, is adjourned to **September 22, 2026, at 3:00 P.M.** The deadline for the parties to file the joint letter and proposed case management plan is adjourned nunc pro tunc from August 11, 2026, to September 15, 2026.

Dated: August 12, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE