Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

September 15, 2026

**<u>Via ECF</u>**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Towns v. Ultracor, Inc.**
**Case No. 1:26-cv-05558-LGS**

Dear Judge Schofield:

We represent Plaintiff Jessica Towns in the above-referenced matter.

We write respectfully to request an adjournment of the conference currently scheduled for September 22, 2026. Plaintiff has served Defendant Ultracor, Inc., but to date, Plaintiff has not received any response from Ultracor or from counsel appearing on Ultracor's behalf.

In light of Ultracor's non-appearance and the absence of any communication from counsel, Plaintiff respectfully submits that an adjournment would be appropriate to allow additional time for Ultracor to respond or for counsel to appear.

We also respectfully note that undersigned counsel will be on vacation from October 12, 2026 through October 16, 2026, and would be grateful if the Court could take that schedule into account when selecting a new conference date.

We thank the Court for its consideration.

Sincerely,
*<u>/s/ Robert Schonfeld</u>*
Robert L. Schonfeld, Esq.

Application **GRANTED.** The conference currently scheduled for September 22, 2026, is **ADJOURNED** to **October 20, 2026, at 3:00 P.M.** The parties' deadline to submit the joint letter and proposed case management plan is **October 13, 2026**.

Dated: September 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE