Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

October 9, 2026

***Via ECF***
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Towns v. Ultracor, Inc.**
**Case No. 1:26-cv-05558-LGS**

Dear Judge Schofield:

We represent Plaintiff, Jessica Towns, in the above-referenced matter. We write respectfully to request one final adjournment of the conference currently scheduled in this matter. Plaintiff previously served Defendant Ultracor, Inc., but still has not received any response from Ultracor or from any attorney purporting to represent Ultracor.

Plaintiff is continuing to monitor for any response or appearance by counsel. Given Ultracor's continued nonresponse, Plaintiff respectfully requests one final adjournment so that Ultracor may have a final opportunity to respond or appear before the conference proceeds.

We also respectfully note that undersigned counsel will be on vacation from October 12, 2026 through October 16, 2026, and would be grateful if the Court could take that schedule into account when selecting any new conference date.

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Robert L. Schonfeld*
Robert L. Schonfeld, Esq.

Application **GRANTED**. The conference scheduled for October 20, 2026, is **ADJOURNED** sine die. If Defendant has not appeared by **October 20, 2026**, Plaintiff shall file a proposed Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by **November 3, 2026.**

Dated: October 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE